## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON MURRAY** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | **NO. 24-273** |
| **VERIZON WIRELESS, LLC** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**NOW,** this 7TH day of April, 2025, upon agreement of the parties that a ruling is no longer needed on the outstanding Motion to Compel Discovery Responses (Dkt. #18) it is hereby ORDERED and DECREED that said Motion is DISMISSED AS MOOT.

BY THE COURT:

GAIL A. WEILHEIMER    J.