IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON MURRAY | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 24-273 |
| VERIZON WIRELESS, LLC | : |

## ORDER

AND NOW this 8th day of October, 2025 upon consideration of the Motions for Summary Judgment filed by Plaintiff Devon Murray at Dkt. #31 and by Defendant Cellco Partnership d/b/a Verizon Wireless (incorrectly named in this case as Verizon Wireless, LLC) at Dkt. #34, and each Party's opposition to the other's motion at Dkt. #s 39 &40, it is hereby ORDERED that Plaintiff's motion is DENIED and Defendant's motion is GRANTED. Judgment as a matter of law is hereby ENTERED in favor of Defendant and Plaintiff's Complaint is DISMISSED with prejudice.

It is FURTHER ORDERED that the *Daubert* motions filed by each Party (Dkt. #30, 32) are DENIED, as MOOT.

BY THE COURT:

GAIL A. WEILHEIMER    J.